No. 02–5979.  MILLINES v. AJIBADE, MEDICAL DIRECTOR, MEN'S STATE PRISON.  C. A. 11th Cir.  Certiorari denied.

No. 02–5987.  GRAVES v. ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–5991.  HALPIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–5999.  PEOPLES v. MISSOURI.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 02–6000.  PINA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 02–6002.  ROYSDEN v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–6019.  SMITH v. MORGAN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–6023.  LUCK v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–6025.  BRUNNER v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 02–6031.  KING v. FIRST AMERICAN INVESTIGATIONS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–6038.  WESLIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–6042.  AZEEZ v. KIRBY, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 02–6053.  NELLOMS, AKA NELLONS v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 02–6055.  JONES v. HEAD, WARDEN, ET AL.  Sup. Ct. Ga.  Certiorari denied.